IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                                                                         ORDER

                Plaintiff,

                                                                                         06-cr-179-bbc

     v.

RALPH SHANNON,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     A telephone status was held in this case on May 7, 2014 to discuss the progress the counsel have made in stipulating to a modification of Special Condition #10 per the remand order of the Court of Appeals. Laura Przybylinski Finn appeared for the government. Defendant appeared by Tony Delyea. At the hearing, counsel agreed that the government will provide a proposed modification to the defendant by May 8, 2014. A hearing will be held on Thursday, May 15, 2014 at 1:15 p.m. at which the parties can present their proposed modifications to the court.

     Entered this 9th day of May, 2014.

                                                BY THE COURT:
                                                /s/
                                                BARBARA B. CRABB
                                                District Judge