IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

              Plaintiff,

   v.

RALPH SHANNON,

              Defendant.

ORDER

06-cr-179-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      After the Court of Appeals for the Seventh Circuit determined that the new condition of supervision (condition #10) imposed on defendant Ralph Shannon on December 28, 2011, was improper, dkt. #49, the court held a hearing on May 23, 2014 to consider whether an alternative condition should be imposed and, if so, what form it should take. Defendant was present at the hearing, along with his counsel, Anthony Delyea. The government was represented by Laura Przybylinski Finn. Also present was supervising probation officer Kristen Kiel.

      Defendant explained his objections to the probation office's proposed substitute for condition #10, which was an amendment to Special Condition No. 3. After hearing defendant's objections and consulting with Ms. Kiel, the government withdrew its proposal to amend Special Condition No. 3. It appears that in its original form, Special Condition No. 3 provides sufficient direction to defendant to allow him to conform his behavior to its

1

requirements.

ORDER

IT IS ORDERED that the petition of the United States Probation Office to modify Special Condition no. 10 and replace Special Condition no. 3 of defendant's supervision with a modified version of the special condition no. 3 imposed on defendant on July 17, 2002 is GRANTED IN PART and DENIED IN PART. Special Condition no. 10 is removed from defendant's conditions of supervision and Special Condition no. 3 will remain in effect in the form imposed on defendant on July 17, 2002.

Entered this 29th day of May, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge